**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ADRIENNE RIVETT, | ) | |
| | ) | COURT FILE NO. 07 C 6910 |
| Plaintiff, | ) | |
| v. | ) | Judge PALLMEYER |
| | ) | |
| STANLEY WEINBERG & ASSOCIATES, | ) | Magistrate Judge MASON |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF FILING**

**TO:**   Larry P. Smith
Larry P. Smith & Associates
205 N. Michigan Ave., 4000
Chicago, IL 60601
lsmith@lpsmithlaw.com

PLEASE TAKE NOTICE that on February 1, 2008, STANLEY WEINBERG & ASSOCIATES, by their attorneys, filed the attached Attorney Appearance with the Clerk of the United States District Court.

    Respectfully submitted,
    /s/ J. Michael True
    Attorney # 6279941
    Attorney for Defendant
    Messer & Stilp, Ltd., #36703
    166 W. Washington, Suite 300
    Chicago, IL 60602
    (312) 334-FIRM (3476)
    (312) 334-3404 (Fax)
    true@messerstilp.com