**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ADRIENNE RIVETT, | ) | |
| | ) | COURT FILE NO. 07 C 6910 |
| Plaintiff, | ) | |
| v. | ) | Judge PALLMEYER |
| | ) | |
| STANLEY WEINBERG & ASSOCIATES, | ) | Magistrate Judge MASON |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF FILING

**TO:** Larry P. Smith
Larry P. Smith & Associates
205 N. Michigan Ave., 4000
Chicago, IL 60601
lsmith@lpsmithlaw.com

PLEASE TAKE NOTICE that on February 14, 2008, STANLEY WEINBERG & ASSOCIATES, by their attorneys, filed the attached Attorney Appearance with the Clerk of the United States District Court.

> Respectfully submitted,
> /s/ Joseph S. Messer
> Attorney # 6200036
> Attorney for Defendant
> Messer & Stilp, Ltd., #36703
> 166 W. Washington, Suite 300
> Chicago, IL 60602
> (312) 334-FIRM (3476)
> (312) 334-3404 (Fax)
> messer@messerstilp.com