**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ADRIENNE RIVETT, | ) | |
| | ) | COURT FILE NO. 07 C 6910 |
| Plaintiff, | ) | |
| v. | ) | Judge PALLMEYER |
| | ) | |
| STANLEY WEINBERG & ASSOCIATES, | ) | Magistrate Judge MASON |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF FILING**

**TO:**   Larry P. Smith
Larry P. Smith & Associates
205 N. Michigan Ave., 4000
Chicago, IL 60601
lsmith@lpsmithlaw.com

PLEASE TAKE NOTICE that on February 29, 2008, STANLEY WEINBERG &
ASSOCIATES, by their attorneys, filed the attached Answer to Plaintiff's Complaint
with the Clerk of the United States District Court.

Respectfully submitted,
/s/ J. Michael True
Attorney # 6279941
Attorney for Defendant
Messer & Stilp, Ltd., #36703
166 W. Washington, Suite 300
Chicago, IL 60602
(312) 334-FIRM (3476)
(312) 334-3404 (Fax)
true@messerstilp.com