IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADRIENNE RIVETT,           )<br>                              )<br>    Plaintiff,                )<br>                              )<br>    vs.                       )<br>                              )<br>STANLEY WEINBERG & ASSOCIATES, )<br>                              )<br>    Defendant.              ) | No. 08 C 6910<br><br>Judge Pallmeyer |

**PARTIES' RULE 26(f) REPORT**

1. Pursuant to this Court's Order, Larry P. Smith, representing Plaintiff, and J. Michael True, representing Defendant, met on March 12, 2008, at Messer & Stilp pursuant to Fed. R. Civ. P. 26(f).

2. The parties propose the following discovery plan:

   a) Discovery will be needed on the following subjects: Whether the Defendant committed any of the acts alleged by the Plaintiff; whether the Defendant's conduct was the result of a bona fide error; whether the Defendant provided Plaintiff with her validation notice required by the Fair Debt Collection Practices Act, 15 USC 1692g.

   b) Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) to be made by April 1, 2008. All fact discovery to be commenced in time to be completed by July 1, 2008.

   c) The parties do not anticipate needing more than three (3) depositions. The parties will seek leave of court in the event more depositions are needed.

    d)  Reports from retained experts under Rule 26(a)(2):  The parties do not foresee the need for any experts in this case.

    e)  Parties should be allowed until May 1, 2008, to join additional parties and to amend the pleadings.

    f)  All potentially dispositive motions should be filed by August 1, 2008.

    g)  Plaintiff to prepare proposed draft by _____.  Parties to file joint final pretrial order by_____.

    h)  The case should be ready for trial by the close of discovery unless any party has made a dispositive motion.  At this time, trial is expected to take approximately two (2) days.

3.    At least 14 days prior to the Rule 16(b) scheduling conference, Plaintiff is directed to make a written settlement demand to Defendant.  At least 7 days prior to the scheduling conference, Defendant is to respond in writing to Plaintiff's settlement demand.

4.    Parties do not consent to proceed before a Magistrate Judge.

Dated:  March 12, 2008

Respectfully submitted,

| s/ Larry P. Smith<br>Larry P. Smith<br>Larry P. Smith & Associates, Ltd.<br>205 N. Michigan Ave., Suite 4000<br>Chicago, IL 60601<br>Phone: (312) 222-9028 | s/ J. Michael True<br>J. Michael True<br>Messer & Stelp, Ltd.<br>166 West Washington Street<br>Suite 300<br>Chicago IL 60602 |
|---|---|