**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Adrienne Rivett
                                  Plaintiff,

v.                                                    Case No.: 1:07−cv−06910
                                                       Honorable Rebecca R. Pallmeyer

Stanley Weinberg & Associates
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 18, 2008:

      MINUTE entry before Judge Honorable Rebecca R. Pallmeyer: Discovery hearing held on 3/18/2008. Rule 26(a)(1) disclosures to be made by 4/1/2008. Plaintiff is given to and including 5/1/2008 to amend all pleadings, and to 5/1/2008 to add any additional parties. Defendant is given to and including 5/1/2008 to amend all pleadings, and to 5/1/2008 to add any additional parties. The parties do not foresee the need for any experts in this case. Status hearing set for 5/13/2008 at 09:00 AM. Discovery ordered closed by 7/1/2008. Dispositive motions with supporting memoranda due by 8/1/2008. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.