IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ADRIENNE RIVETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 07 C 6910 |
| | ) | Judge Pallmeyer |
| STANLEY WEINBERG & ASSOCIATES, | ) | Magistrate Judge Mason |
| | ) | |
| Defendant. | ) | |

## **VOUNTARY MOTION TO DISMISS**

NOW COMES the Plaintiff, ADRIENNE RIVETT, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and hereby moves this Honorable Court to dismiss the Defendant, STANLEY WEINBERG & ASSOCIATES, with prejudice and without costs to be paid to any party.

Respectfully Submitted,
**ADRIENNE RIVETT**

By:   */s Larry P. Smith*
         Attorney for Plaintiff

LARRY P. SMITH & ASSOCIATES, LTD.
Attorneys for Plaintiff
205 North Michigan Avenue, 40TH Floor
Chicago, Illinois 60601
Ph (312) 222-9028
Fax (312) 602-3911