**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ADRIENNE RIVETT,    ) | |
| ) | |
|    Plaintiff,    ) | |
| ) | |
|    vs.    ) | Civil Action No. 07 C 6910 |
| ) | Judge Pallmeyer |
| STANLEY WEINBERG & ASSOCIATES,    ) | Magistrate Judge Mason |
| ) | |
|    Defendant.    ) | |

**NOTICE OF FILING MOTION TO DISMISS**

To:    Mr. James Michael True
        Messer & Stilp, Ltd.
        166 West Washington, Suite 300
        Chicago, IL 60602
        Email: true@messerstilp.com

PLEASE TAKE NOTICE that on July 2, 2008, there was filed in the United States District Court for the Northern District of Illinois, a copy of **Plaintiffs' Voluntary Motion to Dismiss,** a copy of which is attached hereto and herewith served upon you.

                                                                 By:    *s/ Larry P. Smith*
                                                                              Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I, the undersigned, an attorney, certify that I served this notice to the above named party or parties at the above referenced e-mail address on July 2, 2008, by 5:00 p.m. from 205 N. Michigan Ave, Chicago, Illinois 60601.

                                                                  By:    */s Larry P. Smith*
                                                                              Attorney for Plaintiff

LARRY P. SMITH & ASSOCIATES, LTD.
Attorneys for Plaintiff
205 North Michigan Avenue, 40TH Floor
Chicago, Illinois 60601
Ph (312) 222-9028
Fax (312) 602-3911