# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6910 | **DATE** | 7/3/2008 |
| **CASE TITLE** | Adrienne Rivett vs. Stanley Weinberg & Associates | | |

**DOCKET ENTRY TEXT**

Voluntary motion to dismiss [16] granted. Case is dismissed with prejudice and without costs to be paid to any party. Status hearing set for 7/9/2008 stricken.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|